IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HARVEY E. HUTCHINSON and SHEILA HUTCHINSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MYKHAILO PRYSHLIAK and LNZ TRANSPORT, INC., | ) ) ) |
| Defendants. | ) ) |

Docket No.: 3 10 1241
JURY DEMAND

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties jointly stipulate that this action should be dismissed with prejudice.

Respectfully submitted,

/Mark S. LeVan
Mark S. LeVan (# 012155)
**LeVAN, SPRADER, PATTON & McCASKILL**
150 Fourth Avenue North, Suite 1020
Nashville, TN 37219
(615) 843-0300 phone
(615) 843-0310 facsimile
Attorney for Defendants

/Kirby D. Farris, Esq.
2025 Third Avenue North
Suite 400
Birmingham, AL 35203
(205) 324-1212
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been sent by U.S. Mail, postage, prepaid to the following on this the 12th day of April, 2012.

Peter D. Heil
208 23rd Avenue North, Suite 201
Nashville, TN 37203

Kirby D. Farris, Esq.
2025 Third Avenue North
Suite 400
Birmingham, AL 35203

/Mark S. LeVan